**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────────

No. 00-2281

───────────────

JESSIE B. HAYES,

Plaintiff - Appellant,

versus

WILLIAM J. HENDERSON, Postmaster General, US
Postal Service,

Defendant - Appellee.

───────────────

Appeal from the United States District Court for the District of
South Carolina, at Charleston.  David C. Norton, District Judge.
(CA-99-3522-2-18)

───────────────

Submitted:  February 22, 2001      Decided:  February 27, 2001

───────────────

Before WIDENER and WILLIAMS, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

───────────────

Affirmed by unpublished per curiam opinion.

───────────────

Jessie B. Hayes, Appellant Pro Se.  Joseph Parkwood Griffith, Jr.,
OFFICE OF THE UNITED STATES ATTORNEY, Charleston, South Carolina,
for Appellee.

───────────────

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Jessie B. Hayes appeals the district court's order dismissing her employment discrimination action. We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Hayes v. Henderson, No. CA-99-3522-2-18 (D.S.C. Aug. 30, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED